12 DEC 18 PM 3: 17

CLERK ... DISTRICT COURT
... DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY MCCLOUD,<br>　　aka "Macc",<br><br>　　　　　　Defendant. | Case No. **12CR5145W**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 1591(a) and (b) - Sex Trafficking of Children; Title 18, U.S.C., Sec. 2423(a) - Transportation of a Minor to Engage in Prostitution; Title 18, U.S.C., Secs. 1594(d) and 2428(a) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about and between November 1-6, 2012, within the Southern District of California, defendant JERRY MCCLOUD, aka "Macc", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Juvenile Female 1 (JV1 - age 15), knowing and in reckless disregard of the fact that JV1: (1) would be caused to engage in a commercial sex act; and (2) having had a reasonable opportunity to observe JV1 and knowing and in reckless disregard of the fact that

1 | JV1 had not attained the age of 18 years; in violation of Title 18,
2 | United States Code, Sections 1591(a) and (b).

### Count 2

On or about and between November 1-6, 2012, within the Southern District of California and elsewhere, defendant JERRY MCCLOUD, aka "Macc," did knowingly and willfully transport Juvenile Female 1 (JV1 - age 15), who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that JV1 engage in prostitution and any sexual activity for which any person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2423(a).

### FORFEITURE ALLEGATIONS

1.    The allegations contained in Counts 1-2 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1594(d) and 2428(a).

2.    Upon conviction of the offenses alleged in Counts 1 and 2, which involve violations of Title 18, United States Code, Section 1591(a) (sex trafficking of children or by force, fraud and coercion) and Section 2423(a) (transportation of a minor to engage in prostitution), defendant JERRY MCCLOUD, aka "Macc," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594 and 2428, all right, title and interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses. The property to

1  be forfeited includes, but is not limited to, the following:

2        a.  One (1) black Galaxy 3S cell phone;

3        b.  $328.00 in U.S. currency

4     3.  If any of the forfeitable property described above in

5  Paragraph 2, as a result of any act or omission of the defendant -

6        (a)  cannot be located upon the exercise of due diligence;

7        (b)  has been transferred or sold to, or deposited with, a

8  third party;

9        (c)  has been placed beyond the jurisdiction of the Court;

10       (d)  has been substantially diminished in value; or

11       (e)  has been commingled with other property which cannot

12 be subdivided without difficulty; it is the intent of the United

13 States, pursuant to Title 21, United States Code, Section 853(p), as

14 incorporated by Title 28, United States Code Section 2461(c), to seek

15 forfeiture of any other property of the defendant up to the value of

16 the forfeitable property described above in Paragraph 2.

17    All pursuant to Title 18, United States Code, Sections 1594(d)

18 and 2428(a).

19    DATED: December 18, 2012.

20                     A TRUE BILL:

21

22                     Foreperson

23

24 LAURA E. DUFFY
   United States Attorney

25

26 By:

27    ALESSANDRA P. SERANO
   Assistant U.S. Attorney

28